# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 3:23-CR-26 |
| vs. | (JUDGE MANNION) |
| RAHMEL WIGFALL<br>Defendant. | |

## PETITION TO WITHDRAW AS COURT APPOINTED COUNSEL FOR THE DEFENDANT, RAHMEL WIGFALL

**AND NOW**, comes the Petitioner, Maura Armezzani Tunis, Esquire, Court Appointed Counsel for the Defendant, Rahmel Wigfall, moves to withdraw as court appointed counsel and in support thereof submits the following:

1. The Petitioner is Maura Armezzani Tunis, Esquire, Court Appointed Counsel for the Defendant, Rahmel Wigfall.

2. The undersigned counsel was appointed to represent the Defendant on April 28, 2023.

3. Upon receipt and review of the initial round of discovery from the Government, it was determined that a conflict of interest exists and the undersigned is unable to continue to represent Mr. Wigfall.

4. As a result of the above-referenced conflict, the undersigned requests that she be permitted to withdraw as counsel and that substitute counsel be

appointed for this Defendant.

**WHEREFORE**, the undersigned Petitioner respectfully requests this Honorable Court grant her Petition to Withdraw as court appointed counsel and that substitute counsel be appointed to represent the Defendant.

                    Respectfully submitted:

                    **Maura Armezzani Tunis, Esquire**
                    **Attorney ID# 311092**
                    48 S. Main St., Suite 300
                    Pittston, PA 18640
                    (570) 654-4643
                    Fax: (570) 654-5050
                    Email: maura@saporitofalcone.com
                    Attorney for Rahmel Wigfall.

Dated: May 9, 2023